

# Fourth Court of Appeals
## San Antonio, Texas

January 29, 2015

No. 04-14-00291-CV

**IN THE INTEREST OF N.S.**, a Child,

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 1997-PA-01542
Honorable John D. Gabriel, Jr., Judge Presiding

## O R D E R

On January 7, 2015, this court granted Appellee's motion to file a supplemental brief within ten days of the date their requested supplemental clerk's record was filed. *See* 4TH TEX. APP. (SAN ANTONIO) LOC. R. 8 cmts. (describing a brief that completely replaces the original brief as an amended brief). Appellee indicated the revised brief would include record citations to the supplemental clerk's record. The supplemental clerk's record was filed on January 28, 2015. Appellee's amended brief is due on February 9, 2015.

Appellant's reply brief was due on January 26, 2015. *See* TEX. R. APP. P. 38.6(c). On the due date, Appellant filed a motion for an extension of time to file the reply brief until twenty days after Appellee's supplemental brief was filed.

Appellant's motion is GRANTED. Appellant's reply brief must be filed within TWENTY DAYS after Appellee files the amended brief. *See id.*

Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of January, 2015.

Keith E. Hottle
Clerk of Court